IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIUSZ G. JARZYNA, | : | CIVIL ACTION |
| | : | NO. 10-4191 |
| Plaintiff, | : | |
| v. | : | |
| HOME PROPERTIES, L.P, et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **4th** day of **February, 2011**, it is hereby **ORDERED** that Defendant Fair Collections and Outsourcing Inc.'s Motion to Dismiss (doc. no. 33) is **GRANTED** as to Count V and **DENIED** as to Counts I-IV. It is **FURTHER ORDERED** that Defendant Home Properties, L.P.'s Motion to Dismiss (doc. no. 37) is **GRANTED** as to Counts II and V and **DENIED** as to Counts I, III, and IV. It is **FURTHER ORDERED** that Plaintiff's motion to stay discovery pending decisions on the parties' motions to dismiss (doc. no. 44) is **DENIED** as moot. It is **FURTHER ORDERED** that the Court's order issued orally from the bench to stay discovery pending the adjudication of the motions to dismiss is **VACATED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**