IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIUSZ G. JARZYNA, | : | CIVIL ACTION |
| | : | NO. 10-4191 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HOME PROPERTIES, L.P. et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **18th** day of **August, 2016,** upon consideration of Defendant Fair Collections and Outsourcing, Inc.'s Motion to Deposit Funds into Court and Enter Judgment in Favor of Plaintiff (ECF No. 288) and Motion to Strike Declaration of Francis J. Farina (ECF No. 293) and Plaintiff's Cross-Motion to Substitute the Special Master's November 21, 2012, Final Report and Recommendation (ECF No. 295) and for reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

    1. Defendant Fair Collections and Outsourcing, Inc.'s Motion to Deposit Funds into Court and Enter Judgment in Favor of Plaintiff (ECF No. 288) is **DENIED;**

    2. Defendant Fair Collections and Outsourcing, Inc.'s Motion to Strike Declaration of Francis J. Farina (ECF No. 293) is **GRANTED;** and

3.   Plaintiff's Cross-Motion to Substitute the Special Master's November 21, 2012, Final Report and Recommendation (ECF No. 295) is **DENIED**.

**AND IT IS SO ORDERED.**

<pre>
                              /s/ Eduardo C. Robreno
                              EDUARDO C. ROBRENO,    J.
</pre>