```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIUSZ G. JARZYNA,              :    CIVIL ACTION
                                 :    NO. 10-4191
        Plaintiff,               :
                                 :
     v.                          :
                                 :
HOME PROPERTIES, L.P. et al.,    :
                                 :
        Defendants.              :
```

## O R D E R

**AND NOW,** this **15th** day of **May, 2017,** upon consideration of Plaintiff's Motion to Certify Class (ECF No. 287) and Defendant Fair Collections and Outsourcing, Inc.'s response in opposition thereto (ECF No. 292); Plaintiff's Motion for Directed Order as to Class Certification (ECF No. 319) and Defendant Fair Collections and Outsourcing, Inc.'s response in opposition thereto (ECF No. 326); Plaintiff's Motion to Compel Production (ECF No. 353); Defendant Fair Collections and Outsourcing, Inc.'s Motion to Strike Part of Testimony (ECF No. 363); Plaintiff's Supplemental Memorandum in Support of Motion to Certify Class (ECF No. 355) and Defendant Fair Collections and Outsourcing, Inc.'s Supplemental Memorandum in Opposition to Plaintiff's Motion to Certify Class (ECF No. 364); Plaintiff's Motion to Reinstate Judgments and Claims and for Sanctions (ECF No. 356) and Defendant Fair Collections and Outsourcing, Inc.'s response in opposition thereto (ECF No. 360); and Plaintiff's Motion to Allow Plaintiff's Reply Memorandum to Defendant Fair Collections and Outsourcing, Inc.'s Opposition to

Plaintiff's Motion to Reinstate Judgments and Claims and for
Sanctions (ECF No. 362); and following a hearing held on the record
with counsel for both parties on October 17, 2016, and for the
reasons stated in the accompanying Memorandum, it is hereby **ORDERED**
as follows:

    1.   Plaintiff's Motion to Certify Class (ECF No. 287) is **DENIED**.

    2.   Plaintiff's Motion for Directed Order as to Class Certification (ECF No. 319) is **DENIED**.

    3.   Plaintiff's Motion to Allow Plaintiff's Reply Memorandum to Defendant Fair Collections and Outsourcing, Inc.'s Opposition to Plaintiff's Motion to Reinstate Judgments and Claims and for Sanctions (ECF No. 362) is **DENIED**.[1]

    4.   Plaintiff's Motion to Compel Production (ECF No. 353) and Defendant Fair Collections and Outsourcing, Inc.'s Motion to Strike Part of Testimony (ECF No. 363) are **DENIED as moot**.

    **AND IT IS SO ORDERED.**

                           **/s/ Eduardo C. Robreno**
                           **EDUARDO C. ROBRENO,   J.**

---

[1] The Court considered the contents of Plaintiff's proposed reply memorandum, attached to the motion, in disposing of all motions addressed in this order.