IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIUSZ G. JARZYNA, | : | CIVIL ACTION |
| | : | NO. 10-4191 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HOME PROPERTIES, L.P. et al., | : | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **27th** day of **August, 2018**, upon consideration of Plaintiff/Counterdefendant Jarzyna's motion for sanctions (ECF No. 404), Plaintiff/Counterdefendant Jarzyna's motion in limine (ECF No. 405), Defendant/Counterclaimant Home's motion in limine (ECF No. 409), the responses thereto, and for the reasons set forth in the Court's August 27, 2018 memorandum opinion and on the record at the August 2, 2018 bench trial, it is hereby **ORDERED** as follows:

1. Plaintiff/Counterdefendant Jarzyna's motion for sanctions (ECF No. 404) is **DENIED**.

2. Plaintiff/Counterdefendant Jarzyna's motion in limine (ECF No. 405) is **DENIED**.

3. Defendant/Counterclaimant Home's motion in limine (ECF No. 409) is **DENIED**.

It is **FURTHER ORDERED** that the Clerk shall mark the case as closed.

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,   J.**